UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYMOND ALEX MYER ,

    Plaintiffs,

v.                                     Case No.:   2:25-cv-208-SPC-KCD

KILGO *et al.*,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court is Plaintiff Raymond Alex Myer's Motion for Emergency Order or Temporary Restraining Order (Doc. 2).  Myer is an involuntarily committed residents of the Florida Civil Commitment Center (FCCC).  He alleges the six defendants—all FCCC officers—beat him, and he seeks an order prohibiting the defendants from assaulting him again.

To receive a preliminary injunction or temporary restraining order, a plaintiff must clearly establish four requirements: "(1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury; (3) that the threatened injury to the plaintiff outweighs the potential harm to the defendant; and (4) that the injunction will not disserve the public interest." *Keister v. Bell*, 879 F.3d 1282, 1287 (11th Cir. 2018).  Local Rule 6.01 requires

a motion for a temporary restraining order to establish each of these requirements.

The Court entered a Standing Order (Doc. 4) to ensure FCCC leadership is aware of Myer's allegations, but Myer is not entitled to further relief because the motion does not satisfy any of the four requirements. He does not address his ultimate chance of success on the merits, identifies no possibility of irreparable injury, and fails to consider potential harms to the defendants and the public interest. Accordingly, the plaintiffs' motion (Doc. 2) is **denied**.

**DONE** and **ORDERED** in Fort Myers, Florida on March 18, 2025.



SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record